No. D–954.   IN RE DISBARMENT OF DOHE.   Disbarment entered.   [For earlier order herein, see 498 U. S. 978.]

No. D–956.   IN RE DISBARMENT OF TOOTHAKER.   Disbarment entered.   [For earlier order herein, see 498 U. S. 1010.]

No. D–975.   IN RE DISBARMENT OF HEIDECKE.   Disbarment entered.   [For earlier order herein, see 499 U. S. 902.]

No. D–997.   IN RE DISBARMENT OF ALEXANDER.   It is ordered that James Richard Alexander, of Dallas, Tex., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–998.   IN RE DISBARMENT OF SUSSKIND.   It is ordered that Jerome A. Susskind, of Jackson, Mich., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–999.   IN RE DISBARMENT OF COLEMAN.   It is ordered that Carlo Bradley Coleman, of Jeffersonville, Ind., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1000.   IN RE DISBARMENT OF YOUMANS.   It is ordered that Louis B. Youmans, of Tinton Falls, N. J., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 90–1499.   ROWLAND, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS, ET AL. v. THOMPSON ET AL.   C. A. 9th Cir.   Motion of respondents for leave to proceed in forma pauperis granted.

No. 90–7569.   IN RE CARSON.   Petition for writ of mandamus denied.